JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

GENRIK ABGARIAN,

Petitioner,

v.

TODD LYONS, et al.,

Respondents.

Case No. EDCV 26-1871-AS

**JUDGMENT**

Pursuant to the Memorandum Decision and Order,

The Petition is GRANTED.

DATED: September 21, 2026

/s/

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE